IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   16-cr-00194-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DONALD PADEN,

    Defendant.

---

**INDICTMENT**
**18 U.S.C. § 922(g)(1)**
**Possession of a Firearm and Ammunition by a Prohibited Person**

---

The Grand Jury charges:

**COUNT 1**
18 U.S.C. § 922(g)(1)

On or about March 24, 2015, in the State and District of Colorado, the defendant, DONALD PADEN, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JOHN F. WALSH
United States Attorney

By: *s/Caroline H. Friedman*
CAROLINE H. FRIEDMAN
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Fax 303-454-0403
Email: CAROLINE.H.FRIEDMAN@usdoj.gov
Attorney for the Government