| | |
|---|---|
| <u>DEFENDANT</u>: | Donald Paden |
| <u>YOB</u>: | 1979 |
| <u>ADDRESS</u>: | Aurora, Colorado |

<u>COMPLAINT FILED</u>?       \_\_\_\_\_ YES   **X**   NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   \_\_\_\_\_ YES   **X**   NO

| | |
|---|---|
| <u>OFFENSE</u>: | Count 1: 18 U.S.C. § 922(g)(1), Possession of a Firearm and Ammunition by a Previously Convicted Felon |
| <u>LOCATION OF OFFENSE</u>: | Denver, Colorado |
| <u>PENALTY</u>: | Count 1: NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment fee. |
| <u>AGENT</u>: | Matthew Pound<br>Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives |
| <u>AUTHORIZED BY</u>: | Caroline H. Friedman<br>Assistant United States Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

  **X**  five days or less       \_\_\_\_\_ over five days       \_\_\_\_\_ other

<u>THE GOVERNMENT</u>:

  **X**  will seek detention in this case       \_\_\_\_\_ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDEF CASE:                                           \_\_\_\_\_Yes    **X**    No