AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2016 SEP -6  PM 3:02
JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) |
| v. | ) |
| 1. DONALD PADEN | ) Case No. 16-cr-00194-CMA |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    DONALD PADEN                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Possession of a Firearm and Ammunition by a Previously Convicted Felon in violation of 18 USC Section 922(g)(1).


Date: 06/08/2016                                              s/A. Thomas, Deputy Clerk
                                                                *Issuing officer's signature*

City and state:    Denver, Colorado                            Jeffrey P. Colwell, Clerk of Court
                                                                *Printed name and title*

### Return

This warrant was received on *(date)* 6-8-2016, and the person was arrested on *(date)* 8-31-2016
at *(city and state)* DENVER, COLORADO.

Date: 9-6-2016

*Arresting officer's signature*

Alan BRENEMAN SPECIAL AGENT
*Printed name and title*