IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 16-cr-00194-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD PADEN,

    Defendant.

---

### ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT AND CONTINUE TRIAL DATES

---

This matter is before the Court on Defendant's Unopposed Motion to Vacate the Pretrial Motions Deadlines and Trial Date, and Exclude 120 Days from the Speedy Trial Act (Doc. # 15). The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1. Defense counsel needs additional time to review and conduct an independent DNA examination.

2. Defense counsel needs additional time to review discovery.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED Defendant's Unopposed Motion to Vacate the Pretrial Motions Deadlines and Trial Date, and Exclude 120 Days from the Speedy Trial Act (Doc. # 15)

is GRANTED and the Court hereby grants an ends of justice continuance in this case of <u>120 days, which shall be excluded from the speedy trial clock, which currently stands at November 18, 2016</u>.  It is

ORDERED that pretrial motions are due by January 9, 2017.  Responses due by January 23, 2017.  It is

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for October 25, 2016, is VACATED and RESET to February 22, 2017, at 2:00 PM.  It is

FURTHER ORDERED that four-day jury trial set to begin on November 7, 2016, is VACATED and RESET to March 6, 2017, at 8:30 AM.

DATED OCTOBER 4, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge