IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00194-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONALD PADEN,

        Defendant.

---

## NOTICE REGARDING MOTION TO SUPPRESS STATEMENTS
_____

    Mr. Donald Paden, by and through undersigned counsel, Natalie Stricklin, provides this Notice to the Court regarding his motion to suppress statements. Mr. Paden states as follows:

    (1)    On March 24, 2015, Mr. Paden was arrested on an outstanding warrant out of Adams County.

    (2)    In the jail after his arrest, Mr. Paden was questioned regarding a firearm which was located near the scene of his arrest. This firearm is the subject of the above case.

    (3)    In response to an advisement pursuant to *Miranda*, Mr. Paden informed officers that he did not want to speak with them. Mr. Paden specifically said "no" when questioned whether he wanted to speak with officers. Officers, however, continued to question Mr. Paden regarding his criminal history and eventually this offense.

(4)     Defense counsel spoke with Assistant United States Attorney Caroline Friedman regarding a potential motion to suppress statements.

(5)     AUSA Friedman informed defense counsel that she did not intend to use any of Mr. Paden's statements in her case in chief at trial.

(6)     As prohibition of use in the government's case in chief would be the remedy resulting from a successful suppression motion regarding a *Miranda* violation, the parties provide this notice to the Court that the government does not intend to use any of Mr. Paden's March 24, 2015, statements in their case in chief.  The parties provide this notice in lieu of filing and litigating a statement suppression motion.[1]

                                      Respectfully submitted,

                                      VIRGINIA L. GRADY
                                      Federal Public Defender

                                      s/Natalie Stricklin
                                      NATALIE STRICKLIN
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      natalie.stricklin@fd.org
                                      Attorney for Defendant

---

[1] Should the Court want a suppression motion filed, Defense counsel requests an additional three days to complete that filing.

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on January 9, 2017, I electronically filed the foregoing *NOTICE REGARDING MOTION TO SUPPRESS STATEMENTS* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Caroline Hunt Friedman, AUSA
    Email: caroline.h.friedman@usdoj.gov

. . . and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Donald Paden        (via Mail)
    Reg. No. 33219-013
    c/o Federal Detention Center

                              s/Natalie Stricklin
                              NATALIE STRICKLIN
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              natalie.stricklin@fd.org
                              Attorney for Defendant