IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00194-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD PADEN,

    Defendant.

## NOTICE OF DISPOSITION

The defendant, Donald Paden, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant notes that a change of plea hearing is set for February 22, 2017, at 2:00 p.m.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/Natalie G. Stricklin
    NATALIE G. STRICKLIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Natalie_Stricklin@fd.org
    Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on January 27, 2017, I electronically filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

  Caroline H. Friedman, Assistant United States Attorney
  E-mail: caroline.h.friedman@usdoj.gov

. . . and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Donald Paden (via U.S. mail)
  Register No. 33219-013
  Federal Detention Center - Englewood

        s/ Natalie G. Stricklin
        NATALIE G. STRICKLIN
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Natalie_Stricklin@fd.org
        Attorney for Defendant