IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00194-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONALD PADEN,

        Defendant.

---

NOTICE OF INTENT TO ENTER A PLEA PURSUANT TO RULE 11(c)(1)(C)

---

The defendant, Donald Paden, by and through undersigned counsel, hereby notifies this Court that he intends to enter into a proposed plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C).

The terms of the proposed plea are as follows:

(1)    Mr. Paden will plead guilty to Count One of the Indictment charging a violation of 18 U.S.C. § 922(g)(1). Mr. Paden also agrees to a limited waiver of his appellate rights.

(2)    The government will recommend Mr. Paden receive full credit for acceptance of responsibility.

(3)    Pursuant to Rule 11(c)(1)(C) both parties will jointly recommend and request a sentence of 36 months and 3 years of supervised release.

The parties believe that a plea agreement pursuant to Rule 11(c)(1)(C) is appropriate for the following reasons:

(1) Mr. Paden was indicted on June 8, 2016. The date of offense charged in the indictment is March 24, 2015, over a year earlier. Although, Mr. Paden does not believe he can meet the standards required to file a motion alleging prejudicial pre-indictment delay, the parties acknowledge that the delay in the indictment does prejudice Mr. Paden. During the time period between March 24, 2015 and June 8, 2016, Mr. Paden was living between California and Colorado. He was undergoing medical treatment related to kidney malfunction. He did not pick up any new criminal offenses during that timeframe and was living a "normal" life.

(2) Mr. Paden suffers from chronic kidney disease. His treatment includes dialysis and medications to treat high blood pressure. Mr. Paden takes Lisinopril, Labetalol, and Calcium Acetate. Since incarceration at the Federal Detention Center, Mr. Paden does not believe he has received quality medical care. He was hospitalized once during his stay at FDC.

(3) In January of 1997, Mr. Paden was convicted of Criminal Conspiracy to Commit Aggravated Robbery. Mr. Paden was 17 years old at the time of the offense. Mr. Paden was subject to direct file proceedings in state court and was therefore, convicted as an adult. He was sentenced to 6 years of adult prison. This offense, because it is an adult conviction, could have a significant impact on the guideline range. It could increase the base offense level from 22 to 26. It also may count for criminal history points. It is unclear whether this offense will impact the guideline calculation. Both parties believe that the significant effects this conviction may have on the guideline range are not warranted due to Mr. Paden's age at the time of the offense. Therefore,

the parties have not included it in their estimated guideline range calculations in the proposed plea agreement. The amount of incarceration agreed to in the plea agreement, 36 months, is one month less than the low end of the estimated guideline range, excluding the above conviction from any calculations.

Based upon the above reasons, Mr. Paden requests that the Court accept the terms of the proposed plea agreement.

                    Respectfully submitted,

                    VIRGINIA L. GRADY
                    Federal Public Defender


                    s/Natalie G. Stricklin
                    NATALIE G. STRICKLIN
                    Assistant Federal Public Defender
                    633 17th Street, Suite 1000
                    Denver, CO  80202
                    Telephone:  (303) 294-7002
                    FAX:  (303) 294-1192
                    Natalie_Stricklin@fd.org
                    Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2017, I electronically filed the foregoing *Notice of Intent to Enter a Plea Pursuant to Rule 11(c)(1)(C)* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

Caroline H. Friedman, Assistant United States Attorney
E-mail:  caroline.h.friedman@usdoj.gov

. . . and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Donald Paden (via U.S. mail)
Register No. 33219-013
Federal Detention Center - Englewood

s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant