IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:16-cr-00194-CMA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. DONALD PADEN,

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

   the Government.

DATED at Denver, Colorado this 21st day of March 2017.

   Beth Gibson
Name of Attorney

   United States Attorney's Office
Firm Name

   1801 California Street, Suite 1600
Office Address

   Denver, CO 80202
City, State, ZIP Code

   303-454-0100
Telephone Number

   Beth.Gibson@usdoj.gov
Primary CM/ECF E-mail Address

Respectfully submitted this 21st day of March 2017.

By: *s/ Beth Gibson*
BETH GIBSON
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: Beth.Gibson@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of March 2017, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Natalie Stricklin
Natalie_Stricklin@fd.org

      By: *s/ Beth Gibson*
BETH GIBSON
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: Beth.Gibson@usdoj.gov
Attorney for the United States