# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:16CR00194-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD PADEN,

    Defendant.

---

## ORDER REGARDING REQUEST FOR MODIFICATION HEARING AND MODIFICATION OF THE CONDITIONS OF SUPERVISED RELEASE

---

THIS MATTER is before the Court upon request of the probation officer to issue a summons requiring the defendant to appear at a modification hearing as the defendant has not agreed to a waiver of hearing to modify his conditions of supervised release to include placement in a residential reentry center.

HAVING considered the probation officer's petition, the Court

____ ORDERS the issuance of a summons.

____ DENIES the request with further instruction:

____ DENIES the request without reconsideration at this time.

DATED at Denver, Colorado, this _____ day of October, 2021.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge