# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:16CR00194-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONALD PADEN,

        Defendant.

## ORDER APPOINTING CJA PANEL ATTORNEY

        THIS MATTER comes before the Court upon motion of the defendant, and the Court having determined that the defendant is unable to retain counsel, it is hereby

        ORDERED that a Criminal Justice Panel Attorney is hereby appointed to represent the defendant for the limited purpose of a proposed modification of conditions of supervised release.

        DATED at Denver, Colorado, this   12th   day of October 2021.

BY THE COURT:

_____
Kristen L. Mix
United States Magistrate Judge