IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00194-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD PADEN,

    Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Natalie G. Stricklin
    NATALIE G. STRICKLIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Natalie_Stricklin@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Caroline H. Friedman, Assistant United States Attorney
Email:  caroline.h.friedman@usdoj.gov

Beth N. Gibson, Assistant United States Attorney
Email: beth.gibson@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Donald Paden (via U.S. mail)

s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant