AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:16CR00194-1 |
| DONALD PADEN | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of Court

| Place: | Alfred A. Arraj Courthouse<br>901 19th Street<br>Denver, CO 80294 | Courtroom No.: A602 |
|---|---|---|
|  |  | Date and Time: 10/20/2021 at 11:00 a.m. |

This offense is briefly described as follows:

Modification Hearing

Date: October 12, 2021

s/S. West, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk of Courts
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 10-14-21

*[signature]* For
*Server's signature*

Katrina Devine, Senior Probation Officer
*Printed name and title*