IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 16-cr-00194-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD PADEN,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED in Denver, Colorado this 15th day of October, 2021.

                    MATTHEW T. KIRSCH
                    Acting United States Attorney

By:    *s/ Bryan Fields*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0251
        Fax: 303-454-0405
        Email: bryan.fields3@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

      I certify that on this 15th day of October, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By: _s/ Danielle Storinsky_
          Legal Assistant
          United States Attorney's Office